Raymond P. Hayden, Esq. (RH 5733)
Thomas E. Willoughby, Esq. (TW 4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x

GOOD COMPANIES, KLAUSSNER FURNITURE
INDUSTRIES, INC., CONTINENTAL INSURANCE
COMPANY, HERBA ENTERPRISE INC., KWOK SHING
HONG LLC, THE MAYA GROUP INC., GLOBAL
SOLUTIONS INSURANCES, INC., GUILDCRAFT OF
CALIFORNIA TABLE WAREHOUSE, HOLLY
DECORATIONS, CONTINENTAL CASUALTY
CO., PRINCE OF PEACE ENTERPRISES, INC., DESTINY
SALES AND MARKETING, CNA MARITIME,
QUINGDAO YIJIA E.T.I. I/E CO., LTD., THE TOKIO FIRE
AND MARINE INSURANCE CO., LTD., JAZZY
ELECTRONICS INC. d/b/a SOUND AROUND, INC.,
INTERNATIONAL MARINE UNDERWRITERS, TOSHIBA
AMERICA CONSUMER PRODUCTS, INC., NIPPONKOA
INSURANCE CO., LTD., CELS ENTERPRISES, INC.,
FIREMAN'S FUND INSURANCE CO., SAFEWAY INC.,
PRECEPT MEDICAL PRODUCTS, INC., ARMBEE
CORPORATION, SEATECH CORPORATION, JEMCO
INTERNATIONAL, INC., THE FELDMAN CO., DUBOSE
TRADING COMPANY, THE HERCULES TIRE & RUBBER
CO., CSK AUTO CORP., SAM ASH MUSIC CORP.,
L.POWELL CO., WONDERTREATS, INC., GALLERIA
INC. AND PAL, C.W.E. CO., LAVA ENTERPRISES, INC.,
CALIFORNIA SUNSHINE ACTIVEWEAR, INC.,
CHAINTECH AMERICA CORPORATION, STANDARD
SALES, INC., P.J. KIDS LLC, ELEMENTS BY
GRAPEVINE, INC., HEDSTROM CORP., GEA
PRODUCTS, GE SUPPLY LOGISTICS, INTERNATIONAL
DEVELOPMENT CORP., J. HOFFET CO., ITOCHU
BUILDING PRODUCTS CO., INC., HECNY
TRANSPORTATION (USA) INC., ACE USA, ACE
EUROPE, LEADING STAR TRADING CO., RED RIVER
FOODS, XL INSURANCE GLOBAL RISK, ABC Corp.
(name being ficticious), and JOHN DOE (name being
ficticious),

        Plaintiffs,

04 civ. 6705(KAPLAN)

ECF CASE

COMPLAINT

-against-

the M/V "TRADE ZALE" and the M/V "DIAMOND RAY",
their engines, boilers, ground tackle, and appurtenances, *in
rem*, and MS JAN RITSCHER SCHIFFAHRTSGES MBH &
CO. KG., HONSHU SHIPPING CO. LTD., HANJIN
SHIPPING, METRO CONSOLIDATORS HONG KONG,
AERO COSTA INTERNATIONAL, RAF INTERNATIONAL
FORWARDING INC., CARPE AIR & SEA SHIPPING INC.,
AIR-SEA TRANSPORT INC., CN LINK FREIGHT
SERVICES INC., DYNALINK SYSTEMS INC., SINO-AM
MARINE COMPANY INC., KASY LOGISTICS CO., LTD.,
INTERMODAL SYSTEMS LTD., WICE MARINE
SERVICES LTD., CL CONSOLIDATORS SERVICES LTD.,
YOUNGER SERVICE CO., LTD., A T CONTAINER LINES
LTD., SINOTRANS CONTAINER LINES, CITY NETWORK
SHIPPING LTD., SOLEX EXPRESS INC., OEC FREIGHT
(KOREA) CO. LTD., TVL CONTAINER LINE LTD.,
HONOUR LANE SHIPPING, and POWER LINK
LOGISTICS INC., *in personam*,

Defendants.

----------------------------------------------------------------------------x

The Plaintiffs herein, by their attorneys, Hill Rivkins & Hayden LLP,

complaining of the above named vessels and defendants allege upon information and

belief as follows:


**FIRST:**       This Court has jurisdiction pursuant to 28 U.S.C. 1333 in that this

is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules

of Civil Procedure.


**SECOND:**     At and during all the times hereinafter mentioned, Plaintiffs had

and now have the legal status and principal offices and places of business stated in

Schedule A hereto annexed and by this reference made a part hereof.

2

**THIRD:**       At and during all times hereinafter mentioned, defendants had and now have the legal status and offices and places of business stated in Schedule A, and now are engaged in business as common carriers of merchandise by water for hire, and owned, operated, managed, chartered, and controlled the above named vessels which now are or will be within the jurisdiction of this Court during the pendency of this action, and additionally conducted business within the boundaries of the Southern District of New York State.

**FOURTH:**       On or about the date and at the ports of shipment stated in Schedule A, there was delivered to the vessels and defendants in good order and condition the shipments described in Schedule A, which the said vessels and defendants received, accepted and agreed to transport for certain consideration to the port of destination stated in Schedule A.

**FIFTH:**       Thereafter, the cargoes described in Schedule A were delivered short, otherwise damaged, and/or were never delivered.

**SIXTH:**       By reason of the premises, the above named vessels and defendants breached, failed and violated their duties and obligations as common carriers and were otherwise at fault.

3

**SEVENTH:**   By reason of the premises, the above named defendants breached, failed, and violated their contractual duties and obligations to Plaintiffs.

**EIGHTH:**   Plaintiffs were the shippers, consignees, insurers or owners of the shipments as described in Schedule A, and bring this action on their own behalf and, as agents and trustees, on behalf of and for the interests of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and Plaintiffs are entitled to maintain this action.

**NINTH:**   Plaintiffs have performed all duties and obligations on their part to be performed.

**TENTH:**   By reason of the premises, Plaintiffs have sustained damages as nearly as same can now be estimated, no part of which has been paid, although duly demanded, in the amount of $6,000,000.00.

**W H E R E F O R E,** Plaintiffs pray:

1.   That process in due form of law according to the practice of this Court may issue against the defendants.

4

2.     That if the defendants cannot be found within this District, that all of their property within this District be attached in the sum set forth in this complaint, with interest and costs.

3.     That a decree be entered in favor of Plaintiffs against defendants and the vessels for the amount of Plaintiffs' damages, together with interest and costs.

4.     That process in due form of law according to the practice of this Court may issue against the aforesaid named vessels.

5.     Plaintiffs further pray for such other, further and different relief as to this Court may seem just and proper in the premises.

Dated: New York, New York
      August 18, 2004

                HILL RIVKINS & HAYDEN
                Attorneys for Plaintiffs,

      By: _____
                Raymond P. Hayden (RH 5733)
                Thomas E. Willoughby (TW 4452)
                45 Broadway, Suite 1500
                New York, New York 10006
                (212) 669-0600

<u>SCHEDULE A</u>

<u>LIST OF INTERESTED PLAINTIFFS</u>

28602- A -   HJ9C9HAA30499400
             Shanghai/ Wilmington, NC
             68 ctns furniture
             Shipper:       Shanghai Trayton Furniture Co., Ltd.
             Consignee:     Klaussner International LLC,
                            405 Lewallen Rd.,
                            Drawer 220
                            Asheboro, North Carolina 27204
             Insurance Co:  Continental Insurance Company
                            One Galleria Blvd., Suite 1513,
                            Metairie, LA 70001
                            <u>$18,859.13 CIF</u>

28602- B -   SNTUSNLS45000515
             Guangzhou/ San Francisco, CA
             793 CTNS. Chinese herbs
             Shipper:       Guangzhou Begol Trading Corporation
             Consignee:     Herba Enterprise Inc.
                            1150 Thomas Avenue
                            San Francisco, CA 94124
             Insurance Co.: Continental Insurance Company
                            One Galleria Blvd., Suite 1513
                            Metairie, LA 70001
                            $46,549.45 FOB
                               $2,850.00 freight charge
                                  <u>494.00</u> + 1%
                            <u>$49,893.75 CIF</u>

             SNLWZS300022
             858 ctns. Chinese herbal beverages
             Shipper:       Guangzhou Begol Trading Corporation
             Consignee:     Herba Enterprise Inc.
                            1150 Thomas Avenue
                            San Francisco, CA 94124
             Insurance Co.: Continental Insurance Company
                            One Galleria Blvd., Suite 1513
                            Metairie, LA 70001
                            $23,030.00 FOB
                               $230.00 + 1%
                                <u>$2,815.00</u> freight charge

6

<u>$26,075.00 CIF</u>

SNTUSNLS47010200
Hong Kong/ Oakland, CA
486 Cartons Chinese herbs
Shipper:      South Project Ltd.
Consignee:    Kwok Shing Hong, Inc.
              1818 Harrison Street
              San Francisco, CA 94103
Insurance Co.: Continental Insurance Company
              One Galleria Blvd., Suite 1513
              Metairie, LA 70001
              $40,969.51 FOB
                $409.70 + 1%
              <u>$1,980.00</u> freight charge
              <u>$43,359.21 CIF</u>

28602- C -    SZLA 0401001
              Hong Kong/ Garden Grove, CA
              5179 cartons stuffed toys
              Shipper:      Toys Plus
              Consignee:    The Maya Group
                          12622 Monarch
                          Garden Grove, CA 92841
              Insurance Co.: Global Solutions Insurances, Inc
                          2512 Artesia Boulevard, Suite 250,
                          Redondo Beach, CA 90278
                          $426,779.68 FOB
                            <u>$4,267.80</u> + 1%
                          <u>$431,047.48 Freight TBD</u>

28602- D -    SNTUSNLL 47010388
              Taiwan/Rancho Dominguez, CA
              320 ctns. wood furniture
              Shipper:      TOC Furniture Inc.
               Consignee:    Guildcraft of California Table Warehouse
                          3130 Maria Street, Rancho Dominguez, CA 90221
              Insurance Co.: Continental Insurance Co.
                          One Galleria Blvd., Suite 1513
                          Metairie, LA 70001
                          $37,150.00 FOB
                            $371.50 +1%
                          <u>$2,304.15</u> freight charge + customs fees
                          <u>$39,825.65 CIF</u>

SNTUSNLL 4701389

313 ctns. wood furniture
Shipper:        TOC Furniture Inc.
Consignee:      Guildcraft of California Table Warehouse
                3130 Maria Street, Rancho Dominguez, CA 90221
Insurance Co.: Continental Insurance Co.
                One Galleria Blvd., Suite 1513
                Metairie, LA 70001
                $36,320.00 FOB
                   $363.20 + 1%
                 $2,301.37 freight charge + custom fees
                $38,984.57 CIF

SNTUSNLL 47010294
142 ctns. wood furniture
Shipper:        TOC Furniture Inc.
Consignee:      Guildcraft of California Table Warehouse
                3130 Maria Street, Rancho Dominguez, CA 90221
Insurance Co.: Continental Insurance Co.
                One Galleria Blvd., Suite 1513
                Metairie, LA 70001
                $21,897.00 FOB
                   $218.97 + 1%
                 $2,378.96 freight charge + custom fees
                $24,494.83 CIF

SNTUSNLL 47010387
317 ctns. wood furniture
Shipper:        TOC Furniture Inc.
Consignee:      Guildcraft of California Table Warehouse
                3130 Maria Street, Rancho Dominguez, CA 90221
Insurance Co.: Continental Insurance Co.
                One Galleria Blvd., Suite 1513
                Metairie, LA 70001
                $37,200.00 FOB
                   $372.00 + 1%
                 $2,335.83 freight charge + custom fees
                $39,907.83 CIF

28602-E -    SNTUSNLS 450005151
             Chiwan/ Sparks, NY
             2,375 pkgs rell rope light
             Shipper:        Yengay International Co., Ltd.
             Consignee:      J. Hoffet Co.
                             1755 East Prater Way
                             Sparks, NV 89434
             Assured:        Holly Decorations

Insurance Co.: Continental Casualty Co.
$38,650.00 FOB
$386.50 + 1%
$39,036.50 freight TBD

28602-F -   15668HKOK401 V0017E
China/ USA
92 drums cultivated American ginseng ungraded;
17 drums cultivated American ginseng; and,
5 ctns card
Shipper:       Prince of Peace Enterprises, Inc.
Consignee:     Prince of Peace Enterprises, Inc.
               3536 Arden Road
               Haywood, CA 94545
Insurance Co.: Continental Casualty Co.
               One Galleria Blvd., Suite 1513
               Metairie, LA 70001
               $105,835.00 total ins. value

28602-G -   SNTUSNLL45001886
Huangpu/ Long Beach, CA
118 pkgs. Musical instruments
Shipper:       Jisheng Musical Instrument Manufacturing Ltd./
Consignee:     Destiny Sales and Marketing
               308 16th St. #4
               Huntington Beach, CA 92648
Insurance Co.: CNA Maritime
               800 Howard Street, Suite 600
               San Francisco, CA 94105
               $32,448.00 total ins. value

28602-1 -   KYTJ04011831
Tianjin/Long Beach, CA
1,337 pkgs. of wire netting
Shipper:       Qingdao Yijia B..I. I/E Co., Ltd.
Consignee:     Itochu Building Products Co., Inc.
               660 White Plains Road
               Tarrytown, NY 10591
Insurance Co.: The Tokio Fire and Marine Insurance Co., Ltd.
               2-1, Marunouchi 1-chome,
               Chiyoda-ku, Tokyo 100-8050, Japan
               $16,514.00 FOB
                  $165.14 + 1%
                $2,100.00 freight charge
               $18,779.14 CIF

28602-2 -    CFAS 2004013747
             Zhejiang/NY
             1560 ctns speaker cabinets and speakers
             Shipper:      Zhejian Shiner Import and Export Co., Ltd.
             Consignee:    Sound Around, Inc.
                           1800 63rd Street,
                           Brooklyn, NY 11204
             Insurance Co.: International Marine Underwriters
                           77 Water Street, 16th Floor
                           New York, NY 10005
                           $43,805.20 FOB
                             $438.05 + 1%
                            $2,750.00 freight charge
                           $46,993.25 CIF


28602-3 -    SHA4SE66855
             Shanghai/Wayne, NJ
             9,940 cartons DVD players (FOB)
             Shipper:      Shanjin LG Electronics, Co., Ltd.
             Consignee:    Toshiba America Consumer Products, Inc.
                           82 Totowa Road
                           Wayne, NJ 07470
             Insurance Co.: Nipponkoa Insurance Company, Ltd.
                           601 South Figueroa Street, Ste. 2100
                           Los Angeles, CA 90017
                           $570,357.20 FOB
                             $5,703.57 + 1%
                           $576,060.77 freight TBD


28602-4 –A   SNTUSNLL4051017B
             Hong Kong/Los Angeles, CA
             Shipper:      Reclas Limited
             Consignee:    Cels Enterprises Inc.
                           3485 S. La Cienega Blvd.
                           Los Angeles, CA 90016
             Insurance Co.: Fireman's Fund Insurance Co.
                           600 Wilshire Blvd., Suite 1600
                           Los Angeles, CA 90017
             375 ctns ladies footwear
                           $61,200.00 FOB
                             $612.00 + 1%
                            $1,950.00 freight charge
                           $63,762.00 CIF

28602-4 –B   CHW/OAK/04113
Hong Kong/ San Francisco, CA
Shipper:         Atico International
Consignee:     Safeway Inc.
                  5918 Stoneridge Mall Rd.
                  Pleasanton, CA 94588
Insurance Co.: Fireman's Fund Insurance Co.
                  600 Wilshire Blvd., Suite 1600
                  Los Angeles, CA 90017
6415 cartons children's park benches
      $51,320.00 FOB
        $513.20 + 1%
      $9,800.00 freight charged
      $61,633.20 CIF

28602-4 –C   SNLL45001666/ SYTNGL010108
Hong Kong/ North Carolina
Shipper:         Precept Medical Products, Inc.
Consignee:     Precept Medical Products, Inc.
                  White Knight Health Care, Inc.
                  P.O. Box 2400
                  Arden, NC 28704
Insurance Co.: Fireman's Fund Insurance Co.
                  13777 Bellantyne Corp. Park, Suite 505
                  Charlotte, NC 28277
667 CTNS disposable medical products
      $14,524.00 FOB
       $145.24 + 1%
      $14,699.24 Freight TBD

SNLL45001666/ SYTNGL010107
Hong Kong/ Los Angeles
Shipper:         Precept Medical Products, Inc.
Consignee:     Precept Medical Products, Inc.
                  White Knight Health Care, Inc.
                  P.O. Box 2400
                  Arden, NC 28704
Insurance Co.: Fireman's Fund Insurance Co.
                  13777 Bellantyne Corp. Park, Suite 505
                  Charlotte, NC 28277
1804 CTNS disposable medical products
      $20,911.00 FOB
       $209.11 + 1%
      $21,120.11 Freight TBD

28602-4 –D   SNTUSNLS42007085 (Master Bill No.)

Hong Kong/ San Francisco, CA
Shipper:          Holly Trading Co.
Consignee:        Armbee Corp.
                  390 Selby Street
                  San Francisco, CA 94124
Insurance Co.: Fireman's Fund Insurance Co.
                  San Francisco Field Office
                  One Market, Spear Twr., 11th Floor
                  San Francisco, CA 94105
78 Bales general merchandise
        $2,584.00 FOB
          $25.84 + 1%
        $1,700.00 freight charges
        $4,309.84 CIF


28602-4 –E    STUSNLL43010039
China/ Washington, USA
Shipper:          Dalian Shangli Food Ltd.
Consignee:        Seatech Corporation
                  14500 141st Ave. SE
                  Snohomish, WA 98290
Insurance Co.: Fireman's Fund Insurance Company
                  2101 Fourth Avenue, Suite 1100
                  Seattle, WA 98121
5032 ctns shrimp kernel can
        $18,668.72 FOB
          $186.67 + 1%
        $18,855.39 Freight TBD


28602-4 –F    SW004056
Shangai, China/ Santa Ana California
Shipper:          Shangai Toys
Consignee:        JEMCO International Inc.
                  1820 East Garry Ave.
                  Suite 219
                  Santa Ana, CA 92705
Insurance Co.: Fireman's Fund Insurance Co.
                  75 Wall Street – 19th Floor
                  New York, NY 10005
435 cartons cotton/ canvas tote bags & baseball caps
        $49,544.76 FOB
          $495.45 + 1%
        $50,040.21 Freight TBD


28602-4 –G    EDS040116
Beijing, China/ New York, NY

Shipper:      Chinalight Suitcases Bags & Safety
Consignee:   The Feldman Co.
              149 West 36th Street, 3 Fl.
              New York, NY 10018
Insurance Co.: Fireman's Fund Insurance Co.
              75 Wall Street – 19th Floor
              New York, NY 10005
224 rolls flannel print
        $39,414.18 FOB
          $394.14 + 1%
        $39,808.32 Freight TBD


28602-4 –H    Insured:      Dubose Trading Co.
              906 Industrial Drive
              Clinton, NC 28328
Insurance Co.: Fireman's Fund Insurance Co.
              75 Wall Street – 19th Floor
              New York, NY 10005
        $2,500 insurance reserve cost


28602-4 –I    GZLGB010087
China/ Findlay, OH
Shipper:      South China Tire and Rubber Co.
Carrier:       The Hercules Tire & Rubber Co.
              1300 Morrical Boulevard
              Findlay, OH 45840
Insurance Co.: Fireman's Fund Insurance Co.
              33 West Monroe Street
              Chicago, IL 60603
283 pcs tires
        $30,510.02 CNF
          $305.10 + 1%
        $30,815.12 CIF


        GZOAK010088
China/ Findlay, OH
Shipper:      South China Tire and Rubber Co.
Carrier:       The Hercules Tire & Rubber Co.
               1300 Morrical Boulevard
              Findlay, OH 45840
Insurance Co.: Fireman's Fund Insurance Co.
              33 West Monroe Street
              Chicago, IL 60603

258 pcs tires
        $30,534.58 CNF

<u>$305.35</u> + 1%
<u>$30,839.93 CIF</u>

28602-4 –J  SNLL32600007
Tianjin, China/ Jamaica, NY
Shipper:        Hecny Transportation Ltd.
Consignee:      Hecny Transportation (USA) Inc.
                147-39 175th Street, Suite 102
                Jamaica, NY 11434
Insured:        Sam Ash Music Corporation
                278 Duffy Ave.
                Hicksville, NY 11801
Insurance Co.: Fireman's Fund Insurance Co.
                75 Wall Street – 19th Floor
                New York, NY 10005
1054 cartons musical instruments

SNLL42600005
Shipper:        Hecny Transportation Ltd.
Carrier:        Hecny Transportation (USA) Inc.
Insured:        Sam Ash Music Corporation
                278 Duffy Ave.
                Hicksville, NY 11801
Insurance Co.: Fireman's Fund Insurance Co.
                75 Wall Street – 19th Floor
                New York, NY 10005
848 cartons percussion equipment
        <u>$196,300.00</u> total insurance value

28602-4 –K  6394076307
China/ Phoenix, AZ
Shipper:        Jinkua Cargo
Consignee:      CSK Auto Corp.
                645 E. Missouri Ave., #400
                Phoenix, AZ 85012
Insurance Co.: Fireman's Fund Insurance Company
                600 Wilshire Blvd., Suite 1600
                Los Angeles, CA 90017
1480 ctns stools & seats
        <u>$54,143.52 CIF</u>

28602-4 –L  LGB3109803
Shenzhen City, China/ Culver City, CA
Shipper:        Zhi Sheng Guang Dong Ltd/
Consignee:      L. Powell Company
                8631 Hayden Place

Culver City, CA 90232
Insurance Co.: Fireman's Fund Insurance Company
600 Wilshire Blvd., Suite 1600
Los Angeles, CA 90017
482 ctns tv/vcr table
$24,271.38 FOB
$242.71 + 1%
$1,975.00 freight charges
$26,489.09 CIF

28602-4 –M   DYSZ0400034
China/ Modesto, CA
Shipper:        Guangdong Xinyi Hechang Bamboo
Consignee:    Wondertreats, Inc.
2200 Lapham Drive
Modesto, CA 95354
Insurance Co.: Fireman's Fund Insurance Company
One Market Plaza, 11th Floor
Spear Street Tower
San Francisco, CA 94105
330 ctns bamboo baskets
$7,005.84 FOB
$70.06 + 1%
$7,075.90 Freight TBD

28602-4 –N   SNLL42060146
Quingdao, China/ Los Angeles, CA
Shipper:        Galleria Limited
Consignee:    Galleria Inc. and Pal
4633 East La Palma Ave.
Anaheim, CA 92807
Insurance Co.: Fireman's Fund Insurance Company
600 Wilshire Blvd., Suite 1600
Los Angeles, CA 90017
750 cartons of wood wall clocks
$16,335.00 FOB
$163.35 + 1%
$2,750.00 freight charges
$19,248.35 CIF

28602-4 –O   HKLA4010215
Hong Kong/ Gardena, CA
Shipper:        Wing Fat Die Casting Factory Ltd.
Consignee:    C.W.E. Co.
1156 W 135th Street
Gardena, CA 90247

15

Insurance Co.: Fireman's Fund Insurance Company
600 Wilshire Blvd., Suite 1600
Los Angeles, CA 90017
1044 ctns bathroom accessories
$55,298.92 FOB
$552.99 + 1%
$3,787.19 freight
$59,639.00 CIF

28602-4 –P    RAFZ4010232
Guang Dong, China/ San Diego, CA
Shipper:        Shunde Bright Lighting, Ltd.
Consignee:    Lava Enterprises, Inc.
3979 Lockridge
San Diego, CA 92102
Insurance Co.: Fireman's Fund Insurance Company
600 Wilshire Blvd., Suite 1600
Los Angeles, CA 90017
1,315 cartons night lights
$43,480.00 FOB
$434.80 + 1%
$5,862.37 freight charges
$49,977.17 CIF

28602-4 –Q    SHYZ032921A
Shanghai/ Los Angeles, CA
Shipper:        Shanghai Threegun
Consignee:    California Sunshine Activewear, Inc.
123 East 35th Street
Los Angeles, CA 90011
Insurance Co.: Fireman's Fund Insurance Company
600 Wilshire Blvd., Suite 1600
Los Angeles, CA 90017
120 ctns underwear

SHY032921
Shanghai/ Los Angeles, CA
Shipper:        Shanghai Threegun
Consignee:    California Sunshine Activewear, Inc.
123 East 35th Street
Los Angeles, CA 90011
Insurance Co.: Fireman's Fund Insurance Company
600 Wilshire Blvd., Suite 1600
Los Angeles, CA 90017
301 ctns underwear
$154,635.55 total FOB

$1,546.36 + 1%
$2,210.00 freight
$158,391.91 CIF

28602-4 –R    SNTUSNLS47010210
Taiwan/ Freemont, CA
Shipper:        Chaintech Computer Co.
Consignee:      Chaintech America Corporation
                4427 Enterprise Street
                Fremont, CA 94538
Insurance Co.: Fireman's Fund Insurance Company
                600 Wilshire Blvd., Suite 1600
                Los Angeles, CA 90017
312 ctns computer parts
$316,750.00 FOB
$3,167.50 + 1%
$2,906.82 freight charge
$322,824.32 CIF

28602-4 –S    SNTUSNLL43010082
China/ Los Angeles
Shipper:        Harbin Yuanheng Trade Co. Ltd.
Consignee:      Standard Sales Inc.
                2801 East 12th Street
                Los Angeles, CA 90023-3621
Insurance Co.: Fireman's Fund Insurance Company
                600 Wilshire Blvd., Suite 1600
                Los Angeles, CA 90017
389 ctns jungle boots
$19,323.36 FOB
$193.23 + 1%
$425.00 freight charge
$19,941.59 CIF

28602-5 –A    CFAS2004013747
Shanghai/ Los Angeles
Shipper:        Zhejiang Shiner Import
Consignee:      Sound Around Inc.
                1600 83rd Street
                Brooklyn, NY 11204
Insurance Co.: International Marine Underwriters
                77 Water Street, 16th Floor
                New York, NY 10005
Container SNBU8103745
780 ctns of speaker cabinets
$24,821.63 CIF

28602-5 –B   CFAS2004013747
Shanghai/ Los Angeles
Shipper:        Zhejiang Shiner Import
Consignee:   Sound Around Inc.
                    1600 83rd Street
                    Brooklyn, NY 11204
Insurance Co.: International Marine Underwriters
                    77 Water Street, 16th Floor
                    New York, NY 10005

Container SNBU8105429
780 ctns of speaker cabinets
$24,821.63 CIF

28602-5 –C   CFAS2004013747
Shanghai/ Los Angeles
Shipper:        Zhejiang Shiner Import
Consignee:   Sound Around Inc.
                    1600 83rd Street
                    Brooklyn, NY 11204
Insurance Co.: International Marine Underwriters
                    77 Water Street, 16th Floor
                    New York, NY 10005
Container SNBU8011036
780 ctns of speaker cabinets
$16,409.74 CIF

28602-5 –D   CFAS2004013747
Shanghai/ Los Angeles
Shipper:        Zhejiang Shiner Import
Consignee:   Sound Around Inc.
                    1600 83rd Street
                    Brooklyn, NY 11204
Insurance Co.: International Marine Underwriters
                    77 Water Street, 16th Floor
                    New York, NY 10005\
Container SNBU8105373
780 ctns of speaker cabinets
$16,409.74 CIF

28602-6 –A   STNUSNLL47010222
Hong Kong/ Long Beach, CA
Shipper:        Kingston Lux Corp
Consignee:   P.J. Kids LLC
                    2041 Rosecrans Ace.

El Segundo, CA 90245
Insurance Co.: ACE Europe
4,739 ctns furniture
$80,309.40 CIF

28602-6 – B   SNLS47010203
Hong Kong/ Oakland
Shipper:        Agencia Commercial Sang Hang Mei
Consignee:    Elements by Grapevine Inc.
                      18251 Highway 88
                      Lockeford, CA 95237
Insurance Co.: Ace USA
                      140 Broadway, 40th Floor
                      New York, NY 10005
212 ctns wooden furniture
$20,244.00 CIF

28602-6 –C    SNL47010213
Hong Kong/ Oakland
Shipper:        Jiant Furniture Co., Ltd.
Consignee:    Elements by Grapevine, Inc.
                      18251 Highway 88
                      Lockeford, CA 95237
Insurance Co.: Ace USA
                      140 Broadway, 40th Floor
                      New York, NY 10005

158 ctns wooden furniture
$15,550.63 CIF

28602-6 –D    SNLS47010216
Hong Kong/ Oakland
Shipper:        King Group Furniture Co., Ltd.
Consignee:    Elements by Grapevine, Inc.
                      18251 Highway 88
                      Lockeford, CA 95237
Insurance Co.: Ace USA
                      140 Broadway, 40th Floor
                      New York, NY 10005
193 ctns wooden furniture
$22,477.45 CIF

28602-6 –E    SNLDA4018003
Shanghai/ Long Beach, CA
Shipper:        Innovative Toys Co., Ltd.
Consignee:    Hedstrom Corp.

710 Orange Street
Ashland, OH 44805
Insurance Co.: Ace USA
140 Broadway, 40th Floor
New York, NY 10005
1,515 ctns of PVC balls
$24,950.16 CIF

28602-6 –F   SNLL42808004
Xingang/ Long Beach, CA
Shipper:         Sampo Corp.
Consignee:      GEA Products
20005 Business Parkway
Walnut City, CA 91789
Insurance Co.: Ace USA
140 Broadway, 40th Floor
New York, NY 10005
1,326 sets of refrigerators
$286,466.00

28602-6 –G   SNLL42805006
Xingang/ Long Beach, CA
Shipper:         LG Electronics Tianjin
Consignee:      GEA Products
20005 Business Parkway
Walnut City, CA 91789
Insurance Co.: Ace USA
140 Broadway, 40th Floor
New York, NY 10005
6,688 sets if microwave ovens
$177,587.20

28602-6 –H   SNLL42805007
Xingang/ Long Beach, CA
Shipper:         LG Electronics Tianjin
Consignee:      GEA Products
20005 Business Parkway
Walnut City, CA 91789
Insurance Co.: Ace USA
140 Broadway, 40th Floor
New York, NY 10005
3,949 sets of microwave ovens
$177,587.20 CIF

28602-6 –I   SNLBL4000062
Busan/ Long Beach, CA

Shipper:      LG Electronics Tianjin
Consignee:   GEA Products
               20005 Business Parkway
               Walnut City, CA 91789
Insurance Co.: Ace USA
               140 Broadway, 40th Floor
               New York, NY 10005
3,000 ctns room air conditioners
        $358,100.00 CIF

28602-6 –J   SNLL41310046
Shanghai/ Long Beach, CA
Shipper:      Suzhou Samsung Electronics Co., Ltd
Consignee:   GEA Products
               20005 Business Parkway
               Walnut City, CA 91789
Insurance Co.: Ace USA
               140 Broadway, 40th Floor
               New York, NY 10005
3,120 sets compact refrigerators
        $232,933.00 CIF

28602-6 –K   SNLL42310047
Shanghai/ Long Beach, CA
Shipper:      Suzhou Samsung Electronics Co., Ltd
Consignee:   GEA Products
               20005 Business Parkway
               Walnut City, CA 91789
Insurance Co.: Ace USA
               140 Broadway, 40th Floor
               New York, NY 10005
240 sets compact refrigerators
        $17,505.00 CIF

28602-6 -L   SNLL41310048
Shanghai/ Long Beach, CA
Shipper:      Suzhou Samsung Electronics Co., Ltd
Consignee:   GEA Products
               20005 Business Parkway
               Walnut City, CA 91789
Insurance Co.: Ace USA
               140 Broadway, 40th Floor
               New York, NY 10005
5,754 sets of room air conditioners
        $314,695.32 CIF

28602-6 –M  SNLL41310052
Shanghai/Long Beach, CA
Shipper:       Suzhou Samsung Electronics Co., Ltd
Consignee:    GEA Products
                     20005 Business Parkway
                     Walnut City, CA 91789
Insurance Co.: Ace USA
                     140 Broadway, 40th Floor
                     New York, NY 10005
204 sets room air conditioners
$46,465.80 CIF

28602-6 –N  SNLL41310053
Shanghai/ Long Beach, CA
Shipper:       Suzhou Samsung Electronics Co., Ltd
Consignee:    GEA Products
                     20005 Business Parkway
                     Walnut City, CA 91789
Insurance Co.: Ace USA
                     140 Broadway, 40th Floor
                     New York, NY 10005
816 sets of room air conditioners
$136,470.72 CIF

28602-6 –O  SNLL41310054
Shanghai/ Long Beach, CA
Shipper:       Suzhou Samsung Electronics Co., Ltd
Consignee:    GEA Products
                     20005 Business Parkway
                     Walnut City, CA 91789
Insurance Co.: Ace USA
                     140 Broadway, 40th Floor
                     New York, NY 10005
1,368 sets of room air conditioners
$118,670.40 CIF

28602-6 –P  SNLBL4000055
Busan/ Los Angeles
Shipper:       II Woo Fastener Co.
Consignee:    GE Supply Logistics
                     6100 W. 73rd Street, Unit #1
                     Bedford Park, IL 60638
Insurance Co.: Ace USA
                     140 Broadway, 40th Floor
                     New York, NY 10005
21 cases of studs and nuts

<u>$34,088.34 CIF</u>

28602-6 –Q   04SE020003
Chiwan/ Los Angeles
Shipper:      Quanxin Lighting & Electrecal Corporation
Consignee:   International Development Corp.
                2890 Market Loop
                Southlake, TX 76092
Insurance Co.: Ace USA
                140 Broadway, 40th Floor
                New York, NY 10005
2,017 ctns of solar light sets
    <u>$40,069.00 CIF</u>

28602-6 –R   04SE020002
Chiwan/ Los Angeles
Shipper:      Quanxin Lighting & Electrecal Corporation
Consignee:   International Development Corp.
                2890 Market Loop
                Southlake, TX 76092
Insurance Co.: Ace USA
                140 Broadway, 40th Floor
                New York, NY 10005
421 Solar Light Sets
    <u>$23,715.00 CIF</u>

28602-6 –S   SNTUSNLL43010064
Dalian/ Los Angeles
Shipper/Consignee: Leading Star Trading Co.
Assured:      Red River Foods
                PO Box 35612
                9020 Stoney Point Parkway, Suite 380
                Richmond, VA 23235
Insurance Co.: Ace USA
                140 Broadway, 40th Floor
                New York, NY 10005
640 ctns Chinese pinenut kernels
    <u>$163,200.00 CIF</u>

28602-6 –T   SNLL42558001
Xigang/ Long Beach, CA
Shipper:      Beijing Jinxin Wood En Industry
Consignee:   Good Companies
                1118 E 23rd Street
                Carson, CA 90745
Insurance Co.: Ace USA

140 Broadway, 40th Floor
New York, NY 10005
347 boxes of furniture
<u>$16,298.00 CIF</u>

28602-6 –U   SNLL42555003
Xingang/ Long Beach
Shipper:      Beijing Linyuan Time Furniture
Consignee:   International Development Corp.
2890 Market Loop
Southlake, TX 76092
Insurance Co.: Ace USA
140 Broadway, 40th Floor
New York, NY 10005
50 ctns furniture
<u>$8,640.00 CIF</u>

28602-7 –A   SNTUSNLL40490063
Shanghai/ Long Beach, CA
ABC Corp. and/or John Doe (names being ficticious)
Identities of the Shipper, Consignee, and/or Insurance
company(ies) to be supplemented once their precise identity(ies)
are discovered.
Insurer:      XL Insurance Global Risk
1 World Financial Center
200 Liberty Park, 27th Floor
New York NY 10281
174 pkgs of baby garments
<u>$10,092.00 CIF</u>

28602-7 –B   SNTUSNLL40490057
Shanghai/ Long Beach, CA
ABC Corp. and/or John Doe (names being ficticious)
Identities of the Shipper, Consignee, and/or Insurance
company(ies) to be supplemented once their precise identity(ies)
are discovered.
Insurer:      XL Insurance Global Risk
1 World Financial Center
200 Liberty Park, 27th Floor
New York NY 10281
2,024 pkgs baby garments
<u>$57,896.00 CIF</u>

<u>TOTAL CLAIMS:.................$5,274,652.68</u>

## LIST OF DEFENDANTS

The M/V "TRADE ZALE"
c/o Transeste Schiffahrt KG
Mattentwiete 5
Hamburg, Germany 20457

M/V "DIAMOND RAY"
c/o Stamco Ship Management Co., Ltd.
21 Akti Miaouli
Piraeus, Greece 18535

 ms Jan Ritscher Schiffahrtsges mbH & Co. Kg.
c/o Transeste Schiffahrt KG
Mattentwiete 5
Hamburg, Germany 20457

Honshu Shipping Co. Ltd.
c/o Stamco Ship Management Co., Ltd.
21 Akti Miaouli
Piraeus, Greece 18535

Hanjin Shipping
80 East Route 4
Suite 390
Paramus, New Jersey 07652

Metro Consolidators Hong Kong
Hong Kong, China

Aero Costa International
460 East Carson Plaza Drive
Carson, California 90746

RAF International Forwarding Inc.
c/o Admiral Overseas Shipping
444 West Ocean Boulevard
Long Beach, California 90802

Carpe Air & Sea Shipping Inc.
360 Sylvan Avenue
Englewood Cliffs, New Jersey 07632

Air-Sea Transport Inc.
731 South Garfield Avenue

Alhambra, California

CN Link Freight Services Inc.
400 South Atlantic Boulevard
Monterey Park, California 91754

Dynalink Systems Inc.
31222 Las Cienega Boulevard
Ingelwood, California 90304

Sino-Am Marine Company Inc.
601 East Linden Avenue
Linden, New Jersey 07036

Kasy Logistics Co., Ltd.
c/o GMW freight Services
Shell Road
Richmond, British Colombia
Canada

Intermodal Systems Ltd.
118 Connaught Road West
Hong Kong

Wice Marine Services Ltd.
701 West Manchester Boulevard
Inglewood, California 90301

CL Consolidators Services Ltd.
16 Carnarvon Road
Kowloon, Hong Kong

Younger Service Co., Ltd.
Chang Road
Taipei, Taiwan

A T Container Lines Ltd.
c/o Dynasty Freight Consolidators Inc.
100 North Hill Drive
Brisbane, California

Sinotrans Container Lines
301 West Warner Road
Tempe, Arizona 85284

City Network Shipping Ltd

Hong Kong

Solex Express Inc.
154-09 146th Avenue
Jamaica, New York 11434

OEC Freight (Korea) Co. Ltd.
Kuin Shin Building #172
Dohwa-Dong, Mapo-ku
Seoul, Korea

TVL Container Line Ltd.
Hong Kong, China

Honour Lane Shipping
12F Nan Fung Tower
173 Des Voeux Road Central
Hong Kong, China

Power Link Logistics Inc.
Shanghai, China